# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | 8:16CR62 |
| vs. | ) | ORDER |
| FRANCISCO GOMEZ, ROSE GOMEZ, JASON HIBBS, MANUEL ORTIZ, LORI FORMANEK and MARIA ROBLES-ROJAS, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to extend the pretrial motion deadline by defendant Jason Hibbs (Hibbs) (Filing No. 46). Hibbs seeks an additional thirty days to file pretrial motions. Hibbs' counsel represents that government's counsel has no objection to the motion. Hibbs has filed an affidavit wherein he agrees to the motion and understands the time allowed by the motion will be excluded from Speedy Trial computations. Upon consideration, the motion will be granted. **Furthermore, the time to file pretrial motions will be extended to all co-defendants.**

**IT IS ORDERED:**

1. Hibbs' motion to extend the pretrial motion deadline (Filing No. 46) is granted.
2. **ALL Defendants** are given until May 20, 2016 in which to file pretrial motions in accordance with the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the **time between April 18, 2016, and May 20, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of April, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge