**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR62 |
| vs. | ) | ORDER |
| FRANCISCO GOMEZ,<br>ROSE GOMEZ,<br>JASON HIBBS,<br>MANUEL ORTIZ,<br>LORI FORMANEK and<br>MARIA ROBLES-ROJAS, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to extend the pretrial motion deadline by defendant Manuel Ortiz (Ortiz) (Filing No. 87). Ortiz seeks a thirty (30) day extension of the July 5, 2016, pretrial motion deadline. Ortiz has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted and **the pretrial motion deadline will be extended as to all defendants.**

**IT IS ORDERED:**

Defendant Ortiz's motion for an extension of time (Filing No. 87) is granted. **Ortiz and all other defendants** are given until **on or before August 8, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between July 1, 2016, and August 8, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 1st day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge