# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:16CR62** |
| vs. | |
| **FRANCISCO GOMEZ,** | ORDER |
| Defendant. | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Colorado state authorities on state charges. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Francisco Gomez pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

DATED this 3rd day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge