## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR62 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANCISCO GOMEZ, | ) | |
| ROSE GOMEZ, | ) | |
| JASON HIBBS, | ) | |
| MANUEL ORTIZ, | ) | |
| LORI FOMANEK and | ) | |
| MARIA ROBLES-ROJAS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for additional time to file pretrial motions by defendant Francisco Gomez (Gomez) (Filing No. 138). Gomez seeks an additional twenty-one days in which to file pretrial motions. Gomez's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Gomez's motion for an extension of time (Filing No. 138) is granted. Gomez is given until **on or before December 16, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between November 21, 2016, and December 16, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge