# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR62 |
| vs. | ) | |
| FRANCISCO GOMEZ, MANUEL ORTIZ, and MARIA ROBLES-ROJAS, | ) | ORDER |
| Defendants. | ) | |

Defendant Maria Robles-Rojas appeared before the court on November 21, 2017 for an initial appearance and arraignment hearing. At that time, Magistrate Judge Nelson entered an Order for the Progression of a Criminal Case [205]. For that reason, the trial in this matter, previously scheduled for December 4, 2017 is cancelled. The matter shall be reprogressed and trial will be set by further order of the court.

**IT IS SO ORDERED.**

**DATED this 22nd day of November, 2017.**

        **BY THE COURT:**

        **s/ Susan M. Bazis**
        **United States Magistrate Judge**