# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR62 |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANCISCO GOMEZ, | ) | ORDER |
| MANUEL ORTIZ, | ) | |
| MARIA ROBLES-ROJAS, | ) | |
| | | |
| Defendants. | | |

This matter is before the court on the government's Motion to Continue Trial [222]. Counsel for the government is in trial on a previously scheduled matter as well as needing additional time to retrieve witnesses in federal custody. For good cause shown and continuity of counsel,

**IT IS ORDERED** that the Motion to Continue Trial [222] is granted, as follows:

1. The jury trial, **for all defendants**, now set for February 26, 2018 is continued to **March 19, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.

**3**. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **February 9, 2018.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: February 5, 2018.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**